# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,                    )
                                             )
    Plaintiff,                           )
                                             )
v.                                           )    Case No. CR-23-86-D
                                             )
JUAN HECTOR GONZALEZ-MEDINA,                 )
                                             )
    Defendant.                           )

## ORDER

Before the Court is the motion to receive credit for jail time served [Doc. No. 35]. Defendant requests the Court give him credit on his federal sentence for the time served between March 30, 2023, and August 11, 2023.

Upon review of Defendant's filing, it appears that he is challenging the execution of his federal sentence. However, in order to do this, Defendant must file a habeas corpus petition under 28 U.S.C. § 2241. A § 2241 habeas corpus petition "attacks the execution of a sentence." *Brace v. United States*, 634 F.3d 1167, 1169 (10th Cir. 2011) (quoting *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996)); *see also Bloomgren v. Belaski*, 948 F.2d 688, 689 (10th Cir. 1991). The § 2241 habeas corpus petition also "must be filed in the district where the petitioner is confined." *Bradshaw*, 86 F.3d at 166.[1]

Accordingly, the motion to receive credit for jail time served [Doc. No. 35] is **STRICKEN**.

---

[1] Defendant is currently confined at USP Canaan in Pennsylvania.

**IT IS SO ORDERED** this 11th day of May, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE